JOHANSON BERENSON LLP
DAVID R. JOHANSON  Bar No. 164141
BRADLEY J. TAYLOR  Bar No. 170952
1776 Second Street
Napa, California 94559
Telephone: (707) 226-8997
Facsimile: (707) 581-1704
drj@esop-law.com

Attorneys for Plaintiff
DKS Associates

STEIKER, FISCHER, EDWARDS & GREENAPPLE, P.C.
MARGARET P. STEERE  Bar No. 263429
401 Warren Street, Suite 202
Redwood City, California 94063
Telephone: (650) 216-9393
Facsimile: (215) 508-2500
msteere@sfeglaw.com

Attorneys for Plaintiff
DKS Associates Employee Stock Ownership Plan and Trust

SEDGWICK, DETERT, MORAN & ARNOLD LLP
DENNIS G. ROLSTAD  Bar No. 150006
SCOTT BLOOM  Bar No. 183891
ERIN A. CORNELL  Bar No. 227135
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, California 94105
Telephone: (415) 781-7900
Facsimile: (415) 781-2635
dennis.rolstad@sdma.com

Attorneys for Defendants
American Qualified Plans, Inc.; Todd Henry; and Gordon Storjohann

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DKS ASSOCIATES, a California Corporation; DKS ASSOCIATES EMPLOYEE STOCK OWNERSHIP PLAN AND TRUST, <br><br> Plaintiffs, <br><br> v. <br><br> AMERICAN QUALIFIED PLANS, INC.; TODD HENRY; GORDON STORJOHANN; and DOES 1-50, Inclusive, <br><br> Defendants. | CASE NO. C 10-01187 JCS <br><br> STIPULATION AND [PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE <br><br> JUDGE:  Honorable Joseph C. Spero |

Plaintiffs DKS Associates and DKS Associates Employee Stock Ownership Plan and Trust, and defendants American Qualified Plans, Inc., Todd Henry, and Gordon Storjohann, through their counsel of record herein, hereby STIPULATE and AGREE as follows:

1. On March 22, 2010, this Court issued an Order Setting Initial Case Management Conference and ADR Deadlines. (Doc. No. 4.) The Initial Case Management Conference is set for July 16, 2010, at 1:30 p.m. This Court further ordered the parties to meet and confer, and file a Joint Case Management Statement and exchange initial disclosures on or before July 9, 2010.

2. On June 25, 2010, the parties filed a Stipulation and [Proposed] Order selecting private mediation. (Doc. No. 19.) The parties requested 120 days from the date of the Order to complete mediation. The parties also requested a stay on all litigation pending mediation and a continuance of all scheduled dates by 150 days.

3. The parties desire to devote themselves and their limited funds to an attempt to resolve this matter through negotiation and private mediation and, therefore, respectfully request that this Court continue the dates to make initial disclosures, to file the joint report, and the initial case management conference, for approximately 120 days such that the parties will be required to file the joint report, and make initial disclosures, on or before October 1, 2010, and the case management conference will be continued to October 15, 2010. The parties also request that all discovery and other litigation be stayed until October 1, 2010.

Therefore, the parties STIPULATE, AGREE, AND RESPECTFULLY REQUEST that this Court continue dates for the joint report to be filed, and initial disclosures made, to October 1, 2010, continue the case management conference to October 15, 2010, and stay all discovery and other litigation until October 1, 2010.

1  SO STIPULATED, AGREED, AND RESPECTFULLY REQUESTED:

2

3  DATED: July 8, 2010          JOHANSON BERENSON LLP

4

5                               By: _____
                                 David R. Johanson
6                                Bradley J. Taylor
                                 Attorneys for Plaintiff
7                                DKS Associates

8

9  DATED: July 8, 2010          STEIKER, FISCHER, EDWARDS & GREENAPPLE, P.C.

10

11                              By: _____
                                 Margaret P. Steere
12                               Attorneys for Plaintiff
                                 DKS Associates Employee Stock Ownership Plan and Trust
13

14 DATED: July 6, 2010          SEDGWICK, DETERT, MORAN & ARNOLD LLP

15

16                              By: _____
                                 Dennis G. Rolstad
17                               Attorneys for Defendants
                                 American Qualified Plans, Inc.; Todd Henry; and Gordon
18                               Storjohann

19

20                                       **ORDER**

21       IT IS SO ORDERED the joint report is to be filed, and initial disclosures made, by

22 October 1, 2010, that the Initial Case Management Conference is continued from July 16, 2010,

23 to October 15, 2010, at 1:30 p.m., and all discovery and other litigation is stayed until October 1,

24 2010.

25 DATED: July 9, 2010

26                              _____
                                                      SPERO
27                              Judge Joseph C. Spero

28

-3-                                                          CASE NO. C 10-01187 JCS
STIPULATION AND [PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE