# JOHANSON BERENSON LLP
## Attorneys & Counselors at Law

**Napa Office**
1776 Second Street
Napa, California 94559
Telephone: (707) 226-8997
Facsimile: (707) 226-6881
Mobile: (707) 225-2986
E-Mail: rmarkun@esop-law.com

**North Carolina Office**
201 Shannon Oaks Circle
Suite 200
Cary, North Carolina 27511
Telephone: (919) 654-4544
Facsimile: (919) 882-0906
Email: dar@johansonberenson.com

**Pasadena Office**
50 W. Dayton Street
Suite 303
Pasadena, California 91105
Telephone: (626) 792-0028
Facsimile: (707) 581-1704
E-mail: drj@esop-law.com

**Virginia Office**
1146 Walker Road
Suites C
Great Falls, Virginia 22066
Telephone: (703) 759-1055
Facsimile: (703) 759-1051
E-Mail: dsb@johansonberenson.com

November 10, 2010

**VIA ECF AND U.S. MAIL**

The Honorable Joseph C. Spero
United States Magistrate Judge
United States District Court for the
 Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

Re: DKS Associates, et al. v. American Qualified Plans, Inc., et al.,
Civil 10-01187 JCS

Dear Judge Spero:

Our firm serves as counsel to DKS Associates in the above-referenced matter. I write to advise the Court that the Parties are in the process of finalizing their settlement of the above-referenced matter.

The Parties are required to file their Rule 26(f) Reports today. We respectfully request that the Court grant the Parties relief from that requirement and extend that deadline for 21 days so the Parties may finalize the settlement and so advise the Court.

Thank you for your consideration of our request.

Respectfully,

JOHANSON BERENSON LLP

By: David R. Johanson

Cc: Dennis G. Rolstad, Esquire
Counsel for Defendants

IT IS HEREBY ORDERED that the case management conference set for 11/19/10 at 1:30 PM, has been continued to 1/14/11 at 1:30 PM. A joint case management conference statement shall be filed by 1/7/11.

Dated: Nov. 16, 2010

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Joseph C. Spero]*

Napa • Pasadena • North Carolina • Virginia