1  JOHANSON BERENSON LLP
   DAVID R. JOHANSON Bar No. 164141
2  50 W. Dayton Street, Suite 303
   Pasedena, California 91105
3  Telephone: (626) 792-0028
   Facsimile: (707) 581-1704
4  drj@esop-law.com

5  Attorneys for Plaintiff
   DKS Associates
6
   STEIKER, FISCHER, EDWARDS & GREENAPPLE, P.C.
7  MARGARET P. STEERE Bar No. 263429
   msteere@sfeglaw.com
8  401 Warren Street, Suite 202
   Redwood City, California 94063
9  Telephone: (650) 216-9393
   Facsimile: (215) 508-2500
10
   Attorneys for Plaintiff
11 DKS Associates Stock Ownership Plan and Trust

12 SEDGWICK, DETERT, MORAN & ARNOLD LLP
   DENNIS G. ROLSTAD Bar No. 150006
13 SCOTT BLOOM Bar No. 183891
   ERIN A. CORNELL Bar No. 227135
14 One Market Plaza
   Steuart Tower, 8th Floor
15 San Francisco, California 94105
   Telephone: (415) 781-7900
16 Facsimile: (415) 781-2635
   dennis.rolstad@sdma.com
17
   Attorneys for Defendants
18 American Qualified Plans, Inc.; Todd Henry; and Gordon Storjohann

19          UNITED STATES DISTRICT COURT

20         NORTHERN DISTRICT OF CALIFORNIA

21

22

23

24

25

26

27

28

-1-                                    CASE NO. C 10-01187 JCS
JOINT STIPULATION AND [PROPOSED] ORDER TAKING OFF-CALENDAR OR, IN THE ALTERNATIVE,
CONTINUING INITIAL CASE MANAGEMENT CONFERENCE

| | |
|---|---|
| DKS ASSOCIATES, a California Corporation; DKS ASSOCIATES EMPLOYEE STOCK OWNERSHIP PLAN AND TRUST,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN QUALIFIED PLANS, INC.; TODD HENRY; GORDON STORJOHANN; and DOES 1-50, Inclusive,<br><br>Defendants. | CASE NO. C 10-01187 JCS<br><br>JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE TO FEBRUARY 25, 2011<br><br>JUDGE:   Honorable Joseph C. Spero |

Plaintiffs DKS Associates and DKS Associates Employee Stock Ownership Plan and Trust, and defendants American Qualified Plans, Inc., Todd Henry, and Gordon Storjohann, through their counsel of record herein, hereby STIPULATE and AGREE as follows:

1.  On October 21, 2010, the parties participated in a mediation before the Honorable Ellen S. James (retired). The parties have worked diligently to reach a settlement of this litigation since that date; however, they have not been successful in agreeing upon the forms of the Settlement Agreement and Mutual General Release and various financial and other factual Declarations to date, but appear to be nearing agreement on all aspects of the settlement. If the parties are successful in agreeing upon the forms of the necessary settlement documents on or before Wednesday, January 12, 2011, they will file a Joint Stipulation of Dismissal with this Court on that date and the parties respectfully ask this Court to thereafter take the Initial Case Management Conference scheduled for Friday, January 14, 2011, off-calendar until this Court approves the parties' Joint Stipulation of Dismissal.

2.  If the parties are not successful in agreeing upon the forms of the necessary settlement documents on or before Wednesday, January 12, 2011, they will not file a Joint Stipulation of Dismissal with this Court on that date and the parties respectfully request this Court to thereafter continue the date to file their Joint Case Management Conference Statement, and make initial disclosures, to January 21, 2011; continue the Initial Case Management Conference to February 25, 2011; and continue the stay on all discovery and other litigation to

January 17, 2011.

3. Therefore, the parties STIPULATE, AGREE, AND RESPECTFULLY REQUEST that this Court continue the dates for their Joint Case Management Conference Statement to be filed, and initial disclosures made, to January 17, 2011; continue the Initial Case Management Conference to February 25, 2011; and stay all discovery and other litigation until January 17, 2011.

SO STIPULATED, AGREED, AND RESPECTFULLY REQUESTED:

DATED: January 7, 2011        JOHANSON BERENSON LLP

By: _____
David R. Johanson
Attorneys for Plaintiff
DKS Associates

DATED: January 7, 2011        STEIKER, FISCHER, EDWARDS & GREENAPPLE, P.C.

By: _____
Margaret P. Steere
Attorneys for Plaintiff
DKS Associates Employee Stock Ownership Plan and Trust

DATED: January 7, 2011        SEDGWICK, DETERT, MORAN & ARNOLD LLP

By: _____
Dennis G. Rolstad
Attorneys for Defendants
American Qualified Plans, Inc.; Todd Henry; and Gordon Storjohann

**ORDER**

IT IS SO ORDERED that the Initial Case Management Conference scheduled for Friday, January 14, 2011, is taken off-calendar until this Court approves the parties' Joint Stipulation of

-3-   CASE NO. C 10-01187 JCS
JOINT STIPULATION AND [PROPOSED] ORDER TAKING OFF-CALENDAR OR, IN THE ALTERNATIVE, CONTINUING INITIAL CASE MANAGEMENT CONFERENCE

1 | Dismissal that they filed on January 12, 2011; or, in the alternative,

2 |     IT IS SO ORDERED that the parties' Joint Case Management Conference Statement is to

3 | be filed, and initial disclosures made, by January 21, 2011; that the Initial Case Management

4 | Conference is continued from January 14, 2011, to ~~February 25~~ March 4, 2011, at 1:30 p.m.; and that all

5 | discovery and other litigation is stayed until January 17, 2011.

6 |     DATED:  1/11/11

 

                                           HONORABLE JOSEPH C. SPERO

*IT IS SO ORDERED AS MODIFIED*
*Judge Joseph C. Spero*